JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>$20,000.00 IN U.S. CURRENCY,<br><br>    Defendant. | CASE NO. CV 11-02393 MMM (PLAx)<br><br>JUDGMENT FOR PLAINTIFF |

On January 9, 2013, the court granted plaintiff's motion for entry of default judgment against all potential claimants to the defendant U.S. currency.

IT IS THEREFORE ORDERED AND ADJUDGED

1. That the defendant $20,000.00 in United States currency be forfeited to the United States of America and be disposed of in accordance with law; and

2. That the action be dismissed.

DATED: January 9, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE